# EXHIBIT C

## Case Information

DC-20-10545 | KENT SHAY BROWN, Jr. vs. EXETER FINANCE CORPORATION ET AL, et al

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-20-10545 | 44th District Court | GOLDSTEIN, BONNIE LEE |
| File Date | Case Type | Case Status |
| 08/03/2020 | OTHER (CIVIL) | OPEN |

## Party

**PLAINTIFF**
BROWN, KENT SHAY, Jr.

Address
C/O 11807 WESTHEIMER RD STE 550-531
HOUSTON TX 77077-9998

Active Attorneys ▼
Pro Se

**DEFENDANT**
EXETER FINANCE CORPORATION ET AL

Address
2250 W JOHN CARPENTER FREEWAY
IRVING TX 75063

Active Attorneys ▼
Lead Attorney
CABRERA, MARC D.
Retained

**DEFENDANT**
NALL, BRAD

Address
2250 WEST JOHN CARPENTER FREEWAY
IRVING TX 75063

Active Attorneys ▼
Lead Attorney
CABRERA, MARC D.
Retained

## Events and Hearings

08/03/2020 NEW CASE FILED (OCA) - CIVIL

08/03/2020 CORRESPONDENCE - LETTER TO FILE ▾

CORRESPONDENCE - LETTER TO FILE

08/03/2020 ORIGINAL PETITION

08/03/2020 AFFIDAVIT INABILITY TO PAY

08/06/2020 ORDER - STATUS CONFERENCE ▾

ORDER - STATUS CONFERENCE

09/25/2020 Status Conference ▾

Judicial Officer
GOLDSTEIN, BONNIE LEE

Hearing Time
9:00 AM

09/28/2020 ORDER - STATUS CONFERENCE ▾

ORDER - STATUS CONFERENCE

09/29/2020 AFFIDAVIT ▾

AFFIDAVIT

Comment
NOTICE OF AFFIDAVIT OF OBLIGATION FOR COMMERCIAL LIEN ELSE RELEASE OF CLAIM

10/30/2020 Status Conference ▾

Judicial Officer
GOLDSTEIN, BONNIE LEE

Hearing Time
9:00 AM

Comment
SET BY JUDGE

11/02/2020 MISCELLANOUS EVENT ▾

MISCELLANOUS EVENT

Comment
NOTICE OF MODIFICATION OF NOTICE OF PETITION FOR A VERIFICATION OF DEBT

11/02/2020 ISSUE NOTICE ▼

ISSUE NOTICE - EXETER FINANCE CORPORATION ET AL

11/02/2020 ORDER - STATUS CONFERENCE ▼

ORDER - STATUS CONFERENCE

11/02/2020 NOTICE ▼

Return Unserved
11/06/2020

Anticipated Server
CONSTABLE 4

Anticipated Method
Actual Server
CONSTABLE 4

Returned
11/06/2020
Comment
EXETER FINANCE CORPORATION

11/06/2020 RETURN OF SERVICE ▼

RETURN OF SERVICE - EXETER FINANCE CORPORATION

Comment
UNEXECUTED NOTICE - EXETER FINANCE CORPORATION

11/12/2020 MISCELLANOUS EVENT ▼

MISCELLANOUS EVENT

Comment
NOTICE OF MODIFICATION OF NOTICE OF PETITION FOR A VERIFICATION OF DEBT ELSE RELEASE CLAIM

11/12/2020 ISSUE CITATION ▼

EXETER FINANCE CORPORATION ET AL - PCT. 4

11/16/2020 CITATION ▼

Unserved

Anticipated Server
CONSTABLE 4

Anticipated Method

Comment
EXETER FINANCE CORPORATION ET AL

12/04/2020 Status Conference ▾

Judicial Officer
GOLDSTEIN, BONNIE LEE

Hearing Time
9:00 AM

Comment
SET BY JUDGE, SEE NOTES

12/04/2020 ORDER - STATUS CONFERENCE ▾

ORDER - STATUS CONFERENCE

12/31/2020 AFFIDAVIT ▾

NOTICE OF AFFIDAVIT OF TEXAS RULES OF CIVIL SERVICE AND PROCEDURE 106

Comment
NOTICE OF AFFIDAVIT OF TEXAS RULES OF CIVIL SERVICE AND PROCEDURE 106

12/31/2020 REQUEST FOR SERVICE ▾

REQUEST FOR SERVICE

12/31/2020 ISSUE CITATION ▾

ISSUE CITATION - NOTICEOF MODIFICATION - EXETER FINANCE CORPORATION

ISSUE CITATION - NOTICE OF AFFIDAVIT - EXETER FINANCE CORPORATION

ISSUE NOTICE - STATUS CONFERENCE ORDER - EXETER FINANCE CORPORATION

ISSUE CITATION - AMENDED NOTICE OF AFFIDAVIT - EXETER FINANCE CORPORATION

ISSUE CITATION - AMENDED NOTICE OF MODIFICATION - EXETER FINANCE CORPORATION

01/05/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
NOTICE OF MODIFICATION - EXETER FINANCE CORPORATION

01/05/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
NOTICE OF AFFIDAVIT - EXETER FINANCE CORPORATION

01/05/2021 NOTICE ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
STATUS CONFERENCE ORDER - EXETER FINANCE CORPORATION

01/21/2021 MOTION - DEFAULT JUDGMENT ▼

MOTION FOR DEFAULT JUDGEMENT

01/22/2021 Status Conference ▼

Judicial Officer
GOLDSTEIN, BONNIE LEE

Hearing Time
9:00 AM

Comment
SET BY JUDGE, SEE NOTES

01/25/2021 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER - EXETER FINANCE CORPORATION AND BRAD NALL

01/26/2021 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
AMENDED NOTICE OF AFFIDAVIT - EXETER FINANCE CORPORATION

01/26/2021 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method

Comment
AMENDED NOTICE OF MODIFICATION - EXETER FINANCE CORPORATION

01/27/2021 Motion - Default Judgment

MOTION FOR DEFAULT JUDGEMENT

Judicial Officer
MCFARLIN, SHERYL

Hearing Time
09:50 AM

Comment
**BY SUBMISSION** MTN FOR DEFAULT JUDGMT

## Financial

BROWN, KENT SHAY, Jr.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Total Financial Assessment |  |  | $669.00 |
|  | Total Payments and Credits |  |  | $1.00 |
| 8/3/2020 | Transaction Assessment |  |  | $292.00 |
| 11/2/2020 | Transaction Assessment |  |  | $88.00 |
| 11/12/2020 | Transaction Assessment |  |  | $176.00 |
| 11/12/2020 | Transaction Assessment |  |  | $88.00 |
| 1/4/2021 | Transaction Assessment |  |  | $1.00 |
| 1/4/2021 | PAYMENT (CASE FEES) | Receipt # 334-2021-DCLK | BROWN, KENT SHAY, Jr. | ($1.00) |
| 12/31/2020 | Transaction Assessment |  |  | $24.00 |

## Documents

CORRESPONDENCE - LETTER TO FILE

ORDER - STATUS CONFERENCE

ORDER - STATUS CONFERENCE

AFFIDAVIT

MISCELLANOUS EVENT

ISSUE NOTICE - EXETER FINANCE CORPORATION ET AL

ORDER - STATUS CONFERENCE

RETURN OF SERVICE - EXETER FINANCE CORPORATION

MISCELLANOUS EVENT

EXETER FINANCE CORPORATION ET AL - PCT. 4

ORDER - STATUS CONFERENCE

NOTICE OF AFFIDAVIT OF TEXAS RULES OF CIVIL SERVICE AND PROCEDURE 106

REQUEST FOR SERVICE

ISSUE CITATION - NOTICEOF MODIFICATION - EXETER FINANCE CORPORATION

ISSUE CITATION - NOTICE OF AFFIDAVIT - EXETER FINANCE CORPORATION

ISSUE NOTICE - STATUS CONFERENCE ORDER - EXETER FINANCE CORPORATION

MOTION FOR DEFAULT JUDGEMENT

ORIGINAL ANSWER - EXETER FINANCE CORPORATION AND BRAD NALL

ISSUE CITATION - AMENDED NOTICE OF AFFIDAVIT - EXETER FINANCE CORPORATION

ISSUE CITATION - AMENDED NOTICE OF MODIFICATION - EXETER FINANCE CORPORATION