# EXHIBIT C-2

AFFIDAVIT INABILITY TO PAY   DE 20-10545

SCANNED

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

FILED 20 AUG -3 PM 3:14 FELICIA PITRE DISTRICT CLERK DALLAS CO., TEXAS CHRISTI UNDERWOOD DEPUTY

B-44th

| | | |
|---|---|---|
| Texas State | § | THE COUNTY CLERK DISTRICT COURT |
| | § | |
| | § | OF |
| Dallas County | § | |
| | § | DALLAS COUNTY, TEXAS |

CASE NO: _____

twenty first day of July, twenty twenty

KENT SHAY BROWN JR
c/o 11807 Westheimer Road, Suite 550-531
Houston, Texas [77077-9998]

    Plaintiff,

Vs.

EXETER FINANCE CORPORATION
222 LAS COLINAS BOULEVARD, WEST SUITE 1800
IRVING, TEXAS 75039

    Defendant.

**NOTICE OF PETITION FOR A VERIFICATION OF DEBT ELSE RELEASE OF CLAIM**

NO VALUE

Cc:

    **Honorable Kenneth Paxton**, Attorney General of Texas
    **Honorable Ruth R. Hughs**, Texas Secretary of State
    **Honorable David F. Bragg**, Assistant Attorney General, Consumer Protection and Antitrust Division of Texas

### NOTICE OF PETITION FOR A VERIFICATION OF DEBT
**NOTICE TO PRINCIPLE IS NOTICE TO AGENT; AND NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

Loan Number: ▮▮▮▮▮▮

    Plaintiff _____KENT SHAY BROWN JR_____ requests verification of debt from Defendant, _____EXETER FINANCE CORPORATION_____. In order to establish whether Defendant has standing to bring forth remedies entitled to Defendant, Plaintiff requests the Defendant to produce the following as proof of claim within **30 days** of this notice.

1) The **ORIGINAL UNALTERED WET INK SIGNATURE PROMISSORY NOTE** and other documents listed below, signed by Plaintiff in association to the loan pursuant of USC Title 18, Part1, Chapter 101 § 2071.

These documents should also include all of these evidentiary documents proving the validity of the Promissory Note:
1) Form S3 registration statement
2) Form 424(b)(5) prospectus (for the SEC)
3) Form FR 2046 balance sheets
4) Form FR 2049 balance sheets

Page 1 of 3

5) Form FR 2099 balance sheets

2) These documents represent proof that the Defendant is in fact the Note Holder in Due Course and have standing as a **damaged party of interest** in the Promissory Note as Plaintiff has reason to believe the Defendant has sold the Note under "mortgage back securities instrument" to investors under a pooling interest.

3) Defendant to stipulate via affidavit that they are in fact the Creditor in this loan/security instrument. A Creditor needs to **show true double entry accounting debits of the loss** as a result of the issuance of the loan to Plaintiff according to the Generally Accepted Accounting Principles (GAAP).

If Defendant cannot produce proof of claim, they have no standing in any future controversy.

If Defendant is unable to produce proof of claim, Plaintiff prays the court to order the Defendant to release all claims against Plaintiff and grant rightful remedies due Plaintiff.

Respectfully Submitted.

Further Plaintiff Sayeth Naught.

I, Kent-Shay, Junior: Brown, affirm under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief so help me God. [28 USC 1746(1)]

Executed this _twenty first_ day of _July_ two thousand twenty.

Sincerely,<br>
Without Prejudice<br>
by: KSB<br>
Kent-Shay, Junior: Brown<br>
Authorized Representative, Living Man,<br>
Attorney-in-Fact, sui juris, for KENT SHAY BROWN JR<br>
c/o 11807 Westheimer Road, Suite 550-531<br>
Houston, Texas [77077-9998]<br>
(720)450-4837

Texas state              §
                         § ss.
Harris County            §

On the _21_ day of _July_, 2020, Kent-Shay, Junior: Brown appeared before me by special restricted visitation, made oath and proved to me to be the man who subscribed to the attached instrument and affirmed the foregoing acknowledgement to be his freewill, act and deed.

In Witness of, I have hereunder set my hand and seal this _21_ day of _July_ 2020.

_____
Notary                                                                           SEAL

**Certificate of Service**

Plaintiff hereby certify, that on this twenty first day of [July, twenty twenty], a true and complete copy of the foregoing *Notice of Petition for Validation of debt*, by depositing same via first class postage prepaid United States Postal Service mail, has been duly served; in accordance with Rule 21a, Texas Rules of Civil Procedure; on the following:

Honorable Felicia Pitre, District Clerk
Dallas County, Texas
600 Commerce Street, Suite 103
Dallas, Texas  75202

ADDRESS OF DEFENDANT OR ATTORNEY FOR DEFENDANT
EXETER FINANCE CORPORATION
222 LAS COLINAS BOULEVARD, WEST SUITE 1800
IRVING, TEXAS  75039

Honorable Ruth R. Hughs, Texas Secretary of State
Post Office Box 12887
Austin, Texas  78711

Honorable David F. Bragg, Assistant Attorney General
Consumer Protection and Antitrust Division, Office of Attorney General
Post Office Box 12548
Austin, Texas 78711

Attorney General Kenneth Paxton
Post Office Box 12548
Austin, Texas  78711-2548

*and*, Plaintiff further certify that the mailing sent to the last recipient listed above, Attorney General Kenneth Paxton on behalf of STATE OF TEXAS, was sent via certified mail, return receipt requested.

RESPECTFULLY SUBMITTED.